428 A.2d 696

Commonwealth v. Zimmerman, Appellant.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.

■■■ Submitted September 13, 1979. Thomas G. Klingensmith, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.